ORIGINAL

TABLE OF CONTENTS

06-10192 DPW

PAGE

LIST OF PARTY'S AND ADDRESSES *referred to MJ*   ii

STATEMENT OF THE CASE                            iii

TABLE OF AUTHORITIES                             iv

THE CASE                                         1-3

RELIEF REQUESTED              LAST PARA.         3

APPENDIX                                         4

i

LIST OF PARTY'S

PLAINTIFF--- PHILLIP A. DAVIDSON 4 ESSEX LN. UNIT C10 PRO SE
PEABODY MASS. 01960

vs.

DEFENDANTS

BANK OF AMERICA---LEGAL ORDER PROCESSING---5701 HORATIO ST.
UTICA NEW YORK 13502.

TARGET CORP-PAYROLL/GARNISHMENTS---P.O.BOX 0252 TPN-1325
MINNEAPOLIS MN 55440-0252.

CITIZENS BANK OF MASSACHUSETTS ___OPERATION SERVICES---
525 WILLIAM PENN ROOM 2510---PITTSBURG PA. 15219-1725.

J&J CONTRACTORS INC.---35 MARKET ST.SUITE 401---
LOWELL MASS. 01852-0000.

ii

## STATEMENT OF THE CASE

THE DEFENDANTS VIOLATED THE PLAINTFF'S DUE PROCESS
RIGHTS UNDER THE FEDERAL GARNISHMENT LAW BY SIMPLY ACTING
ON A STATE NOTICE OF LEVY WITHOUT A COURT ORDER, AND THE
PLAINTIFF'S RIGHT TO A TRIAL, OR PRESENT EVIDENCE TO PROVE
THE CHARGES ARE WRONG.

## TABLE OF AUTHORITIES

THE DEFENDANTS VIOLATED THE PLAINTIFFS DUE PROCESS RIGHTS
UNDER (302 US 319) (395 US 337) (407 US 67) (419 US 319) IN
THE GARNISHMENT LAW'S, EVIDENCE RULEING BY THE U.S. SUPREME
COURT RULEING OF GREEN V. McELROY (360 US 474,496,(1959),EX-
TRANSIC FRAUD (468 SW 2nd 160, 163,) (247 P. 2nd 801,803),AS
WELL AS CREATED RIGHTS,OR GUARANTEED RIGHTS (112 US 76) ANTIEU
MODERN CONSTITUTIONAL LAW 11:5 TO 11:12(1969).

iv

ORIGINAL

## THE CASE

1.   THIS CASE IS NOT ABOUT STATES RIGHTS,OR SOVEREIGNTY, BUT
     IS ABOUT THE DENIAL OF THE RIGHTS OF THE PLAINTIFF OF DUE
     PROCESS OF LAW,UNDER THE 5th,6th,14th, AMENDMENTS OF THE
     U.S. CONSTITUTION IN THE RIGHT TO A FAIR TRIAL,SUBMIT ANY
     EVIDENCE TO PROVE THE EVIDENCE AGAINST HIM IS FALSE, TO
     VIEW THAT EVIDENCE PRIOR TO TRIAL,AND ANY U.S. SUPREME COURT
     RULEING THAT PERTAINS TO HIS CASE.(302 US 319).

2.   ON OR ABOUT 11/15/05 J&J CONTRACTORS INC. GARNISHED MY
     WAGES ON A NOTICE OF LEVY BY THE STATE OF MASS. WITHOUT A
     COURT ORDER, OR A TRIAL THAT IS DEMANDED BY THE FEDERAL
     GARNISHMENT LAWS THAT STATE "GARNISHMENT OF WAGES MUST BE
     PROCEEDED BY A NOTICE OF THE ACTION,AND A CHANCE TO BE HEARD
     BY THE COURT TO COMPLY WITH DUE PROCESS OF LAW (395 U.S.337),
         AND FURTHER, RECIENT SUPREME COURT RULEINGS HAVE HELD
     THAT ATTACHMENT AND OTHER PRE-JUDGEMENT REMIDIES ARE
     UNCONSTITUTIONAL ABSENT DUE PROCESS PROTECTIONS SUCH AS A
     HEARING,(407 U.S. 67)-(419 U.S. 601) AS WELL AS EXTRINSIC
     FRAUD (468 SW 2ND160,163) STATE THE SAME PROHIBTION OF THE
     UNJUST ACTION AGAINST A PLATIF. ABSENT A TRIAL,OR HEARING,
     AS WELL AS DUE PROCESS,THE PLAINTIFF EVEN WARNED THE DEFEN-
     DANT CONCERNING THE LAW, AND NOT TO TOUCH HIS MONEY TO NO
     AVAIL. SEE APPENDIX(#1 THRU #3A-#3B).

3.   TARGET CORP, CITIZENS BANK,AND BANK OF AMERICA ALL VIO-
     LATED THE PLAINTIFF'S DUE PROCESS RIGHTS AS DID J&J CON-
     TRACTORS INC,DENIED THE PLAINTIFF THE RIGHT TO VIEW, AND
     SUBMIT EVIDENCE TO PROVE THE LEVY/GARNISHMENT WERE WRONG

1.

3. (cont). UNDER THE SUPREME COURT RULEING IN GREEN V. McELROY
(360 U.S. 474,496 1959),THE EVIDENCE USED BY THE GOVT. MUST
BE DISCLOSED TO THE INDIVIDUAL SO THAT HE HAS A OPPORTUNITY
TO SHOW IT IS UNTRUE,AND FURTHER THIS COURT HASBEEN ZEALOUS
TO PROTECT THESE RIGHTS FROM EROSION NOT ONLY IN CRIMINAL
CASES, BUT ALL TYPES OF CASES WHERE ADMINISTRATIVE,AND REG-
ULATORY ACTIONS WERE UNDER SCRUTINY,BY THE DEFENDANTS MALI-
CIOUS DISREGARD OF MY DUE PROCESS RIGHTS, GARNISHED MY WAGES
ON A ADMINISTRATION NOTICE OF LEVY ONLY.

4.     THE PLAINTIFF HAD A RIGHT TO DUE PROCESS BEFORE ANY MONEY
WAS GARNISHED, AND PROVE HE WAS INNOCENT OF THE LEVY'S, THE
FEDERAL PROTECTIONS OF HIS GUARANTEED RIGHTS UNDER (112 US
76) ANTIEAU MODERN CONSTITUTIONAL LAW 11:5 TO 11:12 (1969)
PROVES THE RIGHTS OF THE FEDERAL LAW ARE PARAMOUNT FOR ALL
CITIZENS, IT IS BAD ENOUGH WHEN STATES AGENCY'S DISREGARD
IT'S CITIZENS RIGHTS, THE STATE ALLOWS BANKS,AND EMPLOYERS
TO ASSUME COURT AUTHORITY WITHOUT LAW AUTHORITY, THE ABOVE
MUST LEARN THERE LIMITATIONS UNDER THE LAW.

5.     ROOKER FELDMAN (263 U.S. 413,416 1923) DOES NOT COME INTO
PLAY IN THIS CASE,BECAUSE THE PLAINTIFF IS ASKING RELIEF FOR
THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS IN THE DEFENDANTS
ILLEGAL GARNISHMENTS OF HIS WAGES, NOT TO RE-HEAR THE STATE
ACTION AS IT APPLIES TO THE STATE LAW, FURTHER THE STATE DOC-
UMENTS ARE USED TO INFORM THE COURT HOW THE VIOLATIONS OF DUE
PROCESS OCCURED TO THE PLAINTIFF, AND EACH DEFENDANT FOLLOWED
THE SAME DISREGARD OF THE PLAINTIFF RIGHTS IN GARNISHMENT ETC.
SEE (APPENDIX #1 THRU #12).

       THE PLAINTIFF SEEKS A JUDGEMENT OF $50,000.00 DOLLERS PER
DAY, STARTING FROM THE DATE OF EACH DEFENDANTS ILLEGAL GAR-
NISHMENT,UNTILL THE JUDGEMENT IS PAID.

2.

CONCLUSION

NO STATE AGENCY, OR LEVY NOTICE ABSENT A COURT HEARING CAN FORCE ANY CORPERATION,OR BANK, TO VIOLATE THE DUE PROCESS RIGHTS AND U.S. CONSTITUTIONAL RIGHTS OF THE PLAINTIFF IN THE GARNISHMENT OF WAGES,OR BANK ACCOUNTS.

THE CORPERATION, AND BANKS MANAGEMENT WERE WILLING PARTNERS AND CO-CONSPERITORS IN THIS ILLEGAL ACTION TO DEFRAUD THE PLAINTIFF MONEY HE DID NOT OWE,AND TO DISREGARD HIS FEDERAL RIGHTS UNDER DUE PROCESS THAT ARE SPECIFIC.

RESPECTFULLY SUBMITTED,

PHILLIP A. DAVIDSON PRO SE
4 ESSEX LN. UNIT C-10
PEABODY MASS. 01960

(978) 884 9250

I HEREBY CERTIFY UNDER PAIN OF PERJURY A TRUE COPY OF THESE DOCUMENTS WERE SERVED ON EACH DEFENDANT BY CERTIFIED U.S. MAIL FREE OF CHARGE ON THIS DATE.

DATE:

3.

APPENDIX

APPENDIX #1 THRU #3 -#3 ....... PARA.#2 ........PAGE #1

APPENDIX #1 THRU #12 .......... PARA.#5 ....... PAGE #2

4.



# *The Commonwealth of Massachusetts*
## *Department of Revenue*
## *Child Support Enforcement Division*

ALAN LEBOVIDGE
COMMISSIONER
MARILYN RAY SMITH
DEPUTY COMMISSIONER

*NOT A COURT ORDER*
*(ADMIN. ONLY)*
*NO COURT DATE AS*
*REQUIRED BY FED. LAW.*

**NOTICE OF LEVY**
**(Massachusetts General Laws, Chapter 119A, Section 6(b) (3) and (4))**

| To:<br>J & J CONTRACTORS INC<br>35 MARKET ST,STE-401<br>LOWELL, MA 01852-0000 | | | Obligor's Name and Address:<br>PHILLIP ANTHONY DAVIDSON<br>4 ESSEX LANE UNIT 10<br>PEABODY, MA 01960-8000<br><br>Social Security Number: 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 | |
|---|---|---|---|---|
| Case Number | Child Support<br>Delinquency Period | Assessment<br>Date | Child Support Delinquency<br>Amount<br>for this Case | Levy Amount<br><br>Payment Frequency |
| 000.898.966 | 11/13/2005<br>To<br>11/15/2005 | 11/15/2005 | $10,094.70 | $196.25<br><br>WEEKLY |
| | | | Total Amount Due<br>$10,094.70 | |

Chapter 119A, Section 6 (b) (2) of the Massachusetts General Laws provides a lien for the above child support delinquency assessment. The obligor has been notified of the total amount due set forth above. The amount listed above is currently past due.

You are hereby notified that all money and credits belonging to the obligor, or for which you are obligated to the obligor, that are in your possession currently or come into your possession each pay period hereafter are levied upon for payment of the child support delinquency assessment above. This levy legally remains in effect until the total amount shown above has been paid to DOR.

The amount subject to levy on this case is listed above. This amount represents:

- 125% of the most recent current support obligation if all of the obligor's children in this case are over 18, or if DOR has no information about age(s) of the child(ren), or

- 25% of the most recent current support obligation if all the obligor's children in this case are not over 18, or

- A flat rate of $85.00 if DOR has no information about the most recent current support obligation.

The levy amount must be deducted before any deductions other than taxes and F.I.C.A. or retirement in lieu of F.I.C.A.

The amount deducted for this levy must not exceed the limits of the Consumer Credit Protection Act. The CCPA states that the employer may deduct up to 55% of the obligor's disposable income if he or she has a spouse or dependent child residing in the home; and up to 65% of the obligor's disposable income if there is no spouse or dependent child residing in his or her home.

| Name of Authorized DOR Staff<br>MARILYN RAY SMITH | Title<br>DEPUTY COMMISSIONER |
|---|---|
| Signature | Date<br>11/15/2005 |

CS0: 06

(F60510  05/04)

*(APPENDIX #.1)*

LOWELL, MA 01852

**12589**

| HOURS | | RATE | EARNINGS | | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 28.00 | | 26.24 | 734.72 | | | | | | 12-04 to 12-10-05 |
| | | | | | | | | | No. 12589 |
| | | | | | | | | | TOTAL PAY |
| | | | | | | | | | 734.72 |

| DEDUCTIONS THIS PERIOD | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|
| FWH 93.20 MED | 10.66 SOC | 45.55 MASWH | 33.26 CHLDSP | 196.25 | |
| MSTAMP 32.20 | | | | | 411.12 |

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS | NET PAY |
|---|---|---|
| PHILLIP A. DAVIDSON<br>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    472 | GROSS   24514.24 FICA   1875.34 *(APPDX. #2)*<br>FWH   3684.14 SWH   1141.72 | |
| | PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS | 323.60 |

**J & J CONTRACTORS, INC.**
LOWELL, MA 01852

**12682**

| HOURS | | RATE | EARNINGS | | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 26.24 | 1049.60 | | | | | | 12-11 to 12-17-05 |
| | | | | | | | | | No. 12682 |
| | | | | | | | | | TOTAL PAY |
| | | | | | | | | | 1049.60 |

| DEDUCTIONS THIS PERIOD | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|
| FWH 171.92 MED | 15.22 SOC | 65.08 MASWH | 49.95 CHLDSP | 196.25 | |
| MSTAMP 46.00 | | | | | 544.42 |

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS | NET PAY |
|---|---|---|
| PHILLIP A. DAVIDSON<br>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    472 | GROSS   25563.84 FICA   1955.64<br>FWH   3856.06 SWH   1191.67 | |
| | PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS | 505.18 |

**J & J CONTRACTORS, INC.**
LOWELL, MA 01852

**12743**

HAVE A NICE DAY

| HOURS | | RATE | EARNINGS | | | OTHER PAY | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 26.24 | 1049.60 | | | | | | 12-18 to 12-24-05 |
| | | | | | | | | | No. 12743 |
| | | | | | | | | | TOTAL PAY |
| | | | | | | | | | 1049.60 |

| DEDUCTIONS THIS PERIOD | | | | | TOTAL DEDUCTIONS |
|---|---|---|---|---|---|
| FWH 171.92 MED | 15.21 SOC | 65.07 MASWH | 49.95 CHLDSP | 196.25 | |
| MSTAMP 46.00 | | | | | 544.40 |

| EMPLOYEE INFORMATION | YEAR-TO-DATE TOTALS | NET PAY |
|---|---|---|
| PHILLIP A. DAVIDSON<br>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    472 | GROSS   26613.44 FICA   2035.92<br>FWH   4027.98 SWH   1241.62 | |
| | PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS | 505.20 |

*(APPENDIX #2)*

PHILLIP A. DAVIDSON PRO SE
4 ESSEX LN. UNIT C-10
PEABODY MASS. 01960

DECEMBER 14,2005

J&J CONTRACTORS INC.
35 MARKET ST. suite 401
LOWELL MASS. 01852

ATTN: GARY A. EASON               RE: ILLEGAL NOTICE OF
                                      11/23/05


        DEAR GARY, AS THE DECISION TIME FOR THE COURT DRAW'S
NEAR I AM REMINDING YOU THAT SHOULD YOU TAKE ANY MONEY FROM ME,
OR LAY ME OFF ILLEGALLY (DISCRIMNATION LAYOFF) UNLIKE THE
LAST EPISODE AT DANVERS,THIS TIME I WILL PROSECUTE YOU PERSONAL,
AND THE CO. BIG TIME, I WILL ADD ONE OTHER CHARGE AGAINST YOU
THAT IS "EXTRINISIC FRAUD"(468 SW,2nd 160,163)" A FRAUD THAT
PREVENTS A PARTY FROM KNOWING ABOUT HIS RIGHTS OR DEFENSE OR
FROM HAVEING A FAIR OPPORTUNITY OF PRESENTING THEM AT TRIAL OR
FULLY LITIGATING AT TRIAL ALL THE RIGHTS OF DEFENSES THAT HE WAS

ENTITLED TO ASSERT, IT IS A GROUND FOR RELIEF OF JUDGEMENT(SEE)
(247 P.2nd 801,803).

    THE NOTICE YOU RECIEVED ON 11/23/05 IS A ADMINISTRATIVE NOTICE
NOT A COURT ORDER, DOR/CSE WANTS YOU TO TAKE THE HIT, NOT THEM,
AGAIN I WARN YOU GET A CRIMINAL LAWYER TO ADVISE YOU, NOT A DUMB
CORP.LAWYER, AND READ THE NOTICE PLEASE, SEE IF IT SAY'S COURT
ORDER,  MY FATHER IS NOW WORKING ON THE EXPECTED NEW BRIEF FOR
REMAND IT IS UP TO YOU HOW YOU FALL IN THE ISSUES, I AM GOING TO
SUE TWO BANKS,AND ONE DEPT. STORE, MAKE YOUR CHOICE.



                        RESPECTFULLY,


                        PHILLIP A. DAVIDSON PRO SE




                                    ( APPENDIX #3 )

Engineers and General Contractors

# J & J CONTRACTORS, INC.

December 15, 2005

**VIA FIRST CLASS MAIL
AND CERTIFIED MAIL,
RETURN RECEIPT REQUESTED**

Mr. Phillip Davidson                                                                                      $\mathcal{L}$
4 Essex Lane, Unit 10
Peabody, MA 01960-8000

RE:     Notice of Levy
        Case Number 000.898.966

Dear Mr. Davidson:

I have received your letter dated 11/23/05. Please stop sending threatening letters. They are not
productive.

J & J Contractors, Inc will continue to comply with any instructions from the Commonwealth of
Massachusetts and any orders from the courts which we might receive, consistent with the advice
received from legal counsel.

Sincerely,
J & J Contractors, Inc.

*THE COURT WILL NOTE THE UNDERLINED,
THIS IS WHERE THE PLAINTIFF'S DUE PROCESS
RIGHTS WERE VIOLATED THERE WAS NEVER
A COURT ORDER (PAD) LEVY IS ILLEGAL.*

Gary A. Eason
Controller

Enclosures

CC:     Douglas Seaver, Esq.
        Christopher Morog, Esq.
        Kamlesh Patel

*( APPENDIX #(3A) )*



# The Commonwealth of Massachusetts
## Department of Revenue
## Child Support Enforcement Division

**ALAN LEBOVIDGE**
COMMISSIONER
**MARILYN RAY SMITH**
DEPUTY COMMISSIONER

*NOT A COURT ORDER,*
*BUT A ADMIN. NOTICE*
*NO COURT DATE REQUIRED*
*BY FED. LAW.*

### NOTICE OF LEVY
**(Massachusetts General Laws, Chapter 119A, Section 6(b) (3) and (4))**

| To:<br>TARGET CORPORATION<br>ATTN: PAYROLL/GARNISHMENTS<br>P.O. BOX 0252 TPN-1325<br>MINNEAPOLIS, MN 55440-0252 | Obligor's Name and Address:<br>PHILLIP ANTHONY DAVIDSON<br>42 BECKFORD ST. APT 4<br>BEVERLY, MA 01915-<br><br>Social Security Number: 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 |
|---|---|

| Case Number | Child Support Delinquency Period | Assessment Date | Child Support Delinquency Amount for this Case | Levy Amount<br>Payment Frequency |
|---|---|---|---|---|
| 000.898.966 | 12/02/2004 To 12/03/2004 | 12/03/2004 | $9,378.52 | $196.25<br>WEEKLY |

*NO WHERE DOES THIS NOTICE STATE*
*ORDERD BY THE COURT OR A COURT ORDER*
*IN ACCORDENCE OF FED: GARNISHMENT LAW*

| | Total Amount Due<br>$9,378.52 | |
|---|---|---|

Chapter 119A, Section 6 (b) (2) of the Massachusetts General Laws provides a lien for the above child support delinquency assessment. The obligor has been notified of the total amount due set forth above. The amount listed above is currently past due.

You are hereby notified that all money and credits belonging to the obligor, or for which you are obligated to the obligor, that are in your possession currently or come into your possession each pay period hereafter are levied upon for payment of the child support delinquency assessment above. This levy legally remains in effect until the total amount shown above has been paid to DOR.

The amount subject to levy on this case is listed above. This amount represents:

- 125% of the most recent current support obligation if all of the obligor's children in this case are over 18, or if DOR has no information about age(s) of the child(ren), or

- 25% of the most recent current support obligation if all the obligor's children in this case are not over 18, or

- A flat rate of $85.00 if DOR has no information about the most recent current support obligation.

The levy amount must be deducted before any deductions other than taxes and F.I.C.A. or retirement in lieu of F.I.C.A.

The amount deducted for this levy must not exceed the limits of the Consumer Credit Protection Act. The CCPA states that the employer may deduct up to 55% of the obligor's disposable income if he or she has a spouse or dependent child residing in the home; and up to 65% of the obligor's disposable income if there is no spouse or dependent child residing in his or her home.

| Name of Authorized DOR Staff<br>MARILYN RAY SMITH | Title<br>DEPUTY COMMISSIONER |
|---|---|
| Signature | Date<br>12/03/2004 |

CS0: 06

(F60510 05/04)

(APPENDIX # 4)

— FOLD DOCUMENT ALONG THIS PERFORATION AND REMOVE —

## ⊙ TARGET

PHILLIP DAVIDSON

| | |
|---|---|
| PERIOD BEGINNING: | 12/12/2004 |
| PERIOD ENDING: | 12/25/2004 |
| SSN: | |
| EXEMPTIONS: FED: SINGLE 00 + $0 | STATE: SINGLE 00 + $0 |

| | |
|---|---|
| CHECK NO: | 56805928 |
| CHECK DATE: | 12/31/2004 |

### HOURS AND EARNINGS

| | CURRENT | | YEAR-TO-DATE | |
|---|---|---|---|---|
| DESCRIPTION | HOURS | EARNINGS | HOURS | EARNINGS |
| REGULAR | .00 | .00 | 45.25 | 384.53 |
| SUNDAY PREMIUM | 8.00 | 102.00 | 18.00 | 229.?0 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-MED | 1.47 | 8.90 |
| FICA-OASDI | 6.33 | 38.08 |
| FED INCOME TAX | .01 | 7.43 |
| MASSACHUSETTS | 4?.?? | 4?.9? |
| CHILD SUPPORT1 | 44.60 | 144.68 |

*(handwritten)* FRAUD/ESTORTION, NEVER OWED

*(handwritten)* TOTAL 44.60   144.68 DEDUCTED

*(handwritten)*
TARGET CORP, PAY ROLL/GARNISHMENT
P O BOX 0252 TPN-1325
MINN. MN. 55440-0252
ATTN: LEGAL DEPT.

*(handwritten)* (APPENDIX #5)

### EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| Employee Number | 34452532 | Dental | |
| Corp. Entry Date | 11/16/2004 | Payroll Yr 12/14/2003 TO 12/25/2004 | |
| Hourly Rate | 8.50 | 401k% After Tax | |
| Total Hours YTD | 63.25 | 401k% Before Tax | |
| Vac. Available | | LTD Deduct % | N/ |
| PH Available | | DSA E/O Yr Bal | |
| Sick Remaining | | CSA E/O Yr Bal | |
| Medical Plan | | Avg Hrs for 12 Mth ending | N/ |
| Medical Cov. | | | |

### TOTAL EARNINGS

| | | | |
|---|---|---|---|
| CURR GROSS | 102.00 | CURR NET | 44.60 |
| YTD GROSS | 614.13 | YTD NET | 410.05 |

### TOTAL TAXABLE EARNINGS

| | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 102.00 | 614.13 |
| FICA-Medicare | 102.00 | 614.13 |
| Federal | 102.00 | 614.13 |
| State | 102.00 | 614.13 |

### MESSAGES:

THIS IS YOUR LAST PAYCHECK FOR 2004. HOLD ON TO THE STUB TO COMPARE WITH YOUR W-2, WHICH YOU WILL RECEIVE BY JAN 31.                    HAPPY HOLIDAYS!

LIBERTY TREE MALL
DANVERS MA. 01923 JAN. 13, 2005 SALEM MA. PROBATE FAMILY COURT

PLAINTIFF ANSWER TO DOR/CSE ADMINISTRATION LEVY SENT TO
TARGET CORP., AND CITIZENS BANK WHERE BOTH FIRMS DID IN
FACT ILLEGALLY EXTRACT MONEY'S FROM THE PLAINTIFF.


THIS DOR/CSE ADMINISTRATION NOTICE TO THE ABOVE CAPTIONED
FIRMS IS BOGUS, FRAUDULENT, DECIETFUL,(A FALSE REPRESENTION OF A
MATERIAL FACT,WITH KNOLEDGE OF IT'S FALSITY).AND BY THE FOLLOWING
ILLEGAL ACTIONS BY DOR/CSE, AND TARGET CORP., AS WELL AS CITIZENS
BANK.

1. DOR/CSE IMPLIES THAT THE ADMINISTRATIN LEVY IS BACKED UP BY
   STATE LAW CHAP. 119A-6, WHEN THE FACTS ARE,NO LEVY CAN TAKE
   PLACE WITHOUT A COURT HEARING, AND ORDER, GARNISHMENT LAW
   (395 US 337)(407 US 67) (419 US 601), THE PLAINTIFF'S DUE
   PROCESS RIGHTS IN WHICH I INFORMED ALL THE PARTY'S OF THIS
   FACT.(EXHIBITS #1-#2).PARA #1

2. NO WHERE IN THE LEVY DOCUMENTS DOES IT SAY "PENDING COURT
   HEARING ON THIS ISSUE".

3. THERE IS NO SUCH LAW AS A ADMINISTRATION LEVY WHICH EXTRACTS
   MONEY'S FROM A PLAINTIFF, OR DEFENDANT ABSENT A COURT HEARING.

4. PRESENTLY THERE ARE 22 STATE CASES OVERTURNED, AND (3) FEDERAL
   CASES IN MASSACHUSETTS FOR PROSACUTERS LIKE DOR/CSE SUBMITTING
   BOGUS EVIDENCE TO GAIN A CONVICTION, THE SAME AS IN MY CASE
   SINCE 1994 TO THE PRESENT, A MISCARRIAGE OF JUSTICE, AS WELL
   AS A VIOLATION OF THE PLAINTIFF'S RIGHTS UNDER THE PLAIN ERROR
   RULE.

5. I AGAIN ASK THIS COURT FOR JUSTICE AND STOP, AND OVERTURN THE
   FRAUDULENT LEVY( SO CALLED ADMINISTRATION,) WHICH THERE IS NO
   SUCH LAW, OR GRANT ME THIS DAY A WRITTEN DENIAL OF MY REQUEST
   IN ORDER TO APPLY TO THE NEXT HIGHER COURT FOR A EMERGENCY
   HEARING DUE TO THE FRAUD BY DOR/CSE FOR THE PAST 10 YEARS.

PHILLIP A. DAVIDSON PRO SE        (APPENDIX #6)



ALAN LEBOVIDGE
COMMISSIONER
MARILYN RAY SMITH
DEPUTY COMMISSIONER

# *The Commonwealth of Massachusetts*
# *Department of Revenue*
# *Child Support Enforcement Division*

*[handwritten: NOT A COURT ORDER. NO COURT DATE REQUIRED BY LAW.]*

## NOTICE OF LEVY
### RETURN WITH PAYMENT Levy #: 04-78644
(Massachusetts General Laws, Chapter 119A, § 6)

CITIZENS BANK OF MASSACHUSETTS
OPERATION SERVICES
525 WILLIAM PENN, ROOM 2510
PITTSBURGH, PA 15219-1725

Individual's Name and Address
PHILLIP A. DAVIDSON
42 BECKFORD ST. APT 4
BEVERLY, MA 01915-

PIN: 00.1273.1434
SSN: 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

## ACCOUNT NUMBERS

| | | | |
|---|---|---|---|
| 1. 1300385542 | 5. | 9. | Total Amount Due |
| 2. | 6. | 10. | $9,315.00 |
| 3. | 7. | 11. | |
| 4. | 8. | 12. | |

Chapter 119A, § 6 (b)(1) of the Massachusetts General Laws provides a lien for the above child support debts. Notice and demand have been made on the individual for the total amount due set forth above, but he or she has refused or neglected to pay. The amount is currently due, owing and unpaid. *[handwritten: NO COURT ORDER DIRECTS ↑ THIS IS FRAUD, NOR DOES STATEMENT INDICATE "IT SO ORDERED BY THE COURT"]* You are hereby notified that all property or rights to property, monies and credits belonging to the individual whose name or SSN appears above, or for which you are obligated to that individual, and currently in your possession, is levied upon for payment of the child support debts. Demand is hereby made for the immediate payment of the amount set forth above, or for such lesser amount, from the property, monies and credits levied upon and currently in your possession associated with the individual or SSN. You are directed to immediately freeze such property, monies and credits. You may hold them for a period of up to 21 days after which you are directed to make payment to the Massachusetts Department of Revenue (DOR) at the address below (unless otherwise instructed by DOR). An organization that holds property with respect to a life insurance or endowment contract shall remit payment within 90 days of the date of the levy. G.L. c. 119A, § 6 (b)(6). *[handwritten: DENIES HEARING]*

This levy will remain in effect for 60 days from the date of receipt or until the amount due is paid in full to DOR, whichever occurs first. Do not send a payment if the amount to be levied, minus the processing fee of $20, is less than $25.

PLEASE NOTE: THIS LEVY ALSO ATTACHES TO ANY OTHER ACCOUNT HELD BY THE INDIVIDUAL, OR UNDER THE SSN IDENTIFIED ABOVE, IN YOUR INSTITUTION INCLUDING ANY INDIVIDUAL RETIREMENT ACCOUNT (IRA), RETIREMENT PLAN BENEFITING SELF-EMPLOYED INDIVIDUALS, OR ANY OTHER QUALIFIED PLAN IN YOUR POSSESSION OR CONTROL; OR ANY ASSET SUCH AS A LIFE INSURANCE OR ENDOWMENT CONTRACT.

Any person who fails or refuses to surrender property subject to this levy shall be liable to the Commonwealth in his own person in a sum equal to the value of the property not so surrendered, together with costs and interest up to the maximum annual rate established by G.L. c. 62C, § 32. Failure or refusal to surrender such property without reasonable cause shall further subject such person to a penalty equal to 25% of the amount recoverable. G.L. c. 119A, §6 (b)(7). *[handwritten: VIOLATION OF DUE PROC. IS CAUSE]*

NOTE: If the account is jointly held with any individuals whose names do not appear on the Notice of Levy, you must send copies of the Notice of Levy to those individuals immediately.

| MARILYN RAY SMITH DEPUTY COMMISSIONER OF CHILD SUPPORT Name and Title of Authorized DOR/CSE Staff | Signature *[signature]* | 12/05/2004 Date |
|---|---|---|

## PAYMENT OF LEVY

Please complete this form and send it along with any payments resulting from this levy, to the address below. Make all payments to the Commonwealth of Massachusetts.

| Obligor's Name PHILLIP A. DAVIDSON | | SSN 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 | Amount $ |
|---|---|---|---|
| Signature | Bank | | Date |

SEND TO:      DEPARTMENT OF REVENUE
PO BOX 55149
BOSTON, MA 02205-5149

*[handwritten: (APPENDIX # 7)]*

 **CITIZENS BANK**

December 10, 2004

Philip Davidson
42 Beckford St
Apt 4
Beverly MA 01915

RE:     Department Of Revenue Child Support Enforcement

Dear Customer:

The Massachusetts Department of Revenue Child Support Division has served a Levy against
your account (s) at Citizens Bank of Massachusetts.  Funds are currently being withheld from
your account (s) as follows:

| Account Number | Hold amount |
|----------------|-------------|
| 130038-553-4   | $ 48.44     |

Please note that this Levy will remain in effect for a period of sixty days and any deposits made
to your account (s) will be subject to satisfying the remaining balance due of $9,266.56.

If the Levy is not released by the Massachusetts Department of Revenue within twenty-one days
from the date of this letter, the amount indicated above will be submitted to the Department of
Revenue as required by law.

If you have any questions regarding this matter, please contact the Massachusetts Department of
Revenue Child Support Division at (800) 332-2733.

Very truly yours,

Latia Walker
Operations Services
412.867.2332

( APPENDIX #8 )

PHILLIP A. DAVIDSON PRO SE
4 ESSEX LN. UNIT C-10
PEABODY MASS. 01960

DECEMBER 17,2004

CITIZENS BANK
ATTN:, SR. LEAGAL AUTHORITY
OPERATIONS SERVICE
525 WILLIAM PENN RM.2510
PITTSBURG PA 15219-1725

*ADDEKDA:*
*TARGET CORP.*
*EXHIBITS #7-#8*
*ALSO CHARGED*

DEAR SIR, OR MADAM, PERSUENT TO YOUR
NOTICE OF DECEMBER 10,2004 ILLEGALLY FREEZEING MY BANK ACCOUNT
AND AFTER 21 DAY'S SEND THOSE FUNDS TO DOR/CSE IN MASSACHUSETTS
IS A VIOLATION OF MY RIGHTS TO DUE PROCESS (EXHIBIT #1).

THE STATE NOTICE (EXHIBIT #2) CAPTIONED "NOTICE OF LEVY, RE-
TURN WITH PAYMENT IS ILLEGAL ABSENT A COURT ORDER AUTHORIZEING
THE DOR/CSE, AND CITIZENS BANK TO COMPLY.

I HEREBY CHALLANGE THIS ORDER, AND THE INFORMATIONAL MASS.
GENERAL LAW 119A-6 AS ILLEGAL FOR DOR/CSE TO DEMAND COMPLYENCE
AND THE BANKS WILLY NILLY COMPLYENCE WITHOUT A COURT HEARING,AND
ORDER SIGNED BY A JUDGE, TO BACK UP MY CLAIM I SUBMIT TO YOU A
COPY OF THE GARNISHMENT LAW (395,(US) 337, AND 407(US) 67,AS WELL
AS 419 (US) 601) WHICH STATES WITHOUT QUESTION THE LAW, AND MY
RIGHTS UNDER DUE PROCESS, AND GARNISHMENT LAWS WHICH ALSO STATES
IN SHORT BEFORE YOU TOUCH A DIME OF MY MONEY NO MATTER HOW SMALL
YOU BETTER HAVE A SIGNED BY A JUDGE COURT ORDER,AFTER A HEARING.
SEE(EXHIBIT #3).I ALSO SUBMIT FOR YOUR EDUCATION (EXHIBITS #4&#5)

I FURTHER SUBMIT (EXHIBIT #6) IN WHICH I CHALLANGED THE DOR/CSE
IN COURT ON 10/28/04 WHERE DOR/CSE TOLD THE COURT THAT THE ALLEGD
AMOUNT OF $9,315.00 DOLLER ARREARS ORGINATION WAS UNKNOWN BY THE
DOR/CSE, OR HOW THAT AMOUNT ENTERED DOR/CSE'S FILES, YET DOR/CSE
DROPPED A $33,414.00 DOLLER ALLEGED ARREARS NEVER OWED ON A ADMIN.
REVIEW SOMETIME BEFORE 10/28/04, A FIGHT THIS PRO SE FOUGHT FOR
10 YRS. HE DID NOT OWE.

1.

(APPENDIX #9)



# *The Commonwealth of Massachusetts*
## *Department of Revenue*
## *Child Support Enforcement Division*

ALAN LEBOVIDGE
COMMISSIONER
MARILYN RAY SMITH
DEPUTY COMMISSIONER

*NOT A COURT ORDER ~ ORDER DATE*
*NO NOTICE OF COURT DATE*
*REQUIRED BY FED. LAW.*

### NOTICE OF LEVY

**RETURN WITH PAYMENT** Levy #: 05-70677
(Massachusetts General Laws, Chapter 119A, § 6)

BANK OF AMERICA, N.A.
COURT ORDER PROCESSING
5701 HORATIO ST.
UTICA, NY 13502-0000

**MULTI-STATE LEVY**

Individual's Name and Address
PHILLIP A. DAVIDSON
4 ESSEX LANE UNIT 10
PEABODY, MA 01960-8000

PIN: 00.1273.1434
SSN: 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

| ACCOUNT NUMBERS | | | |
|---|---|---|---|
| 1. 9522876043 | 5. | 9. | Total Amount Due |
| 2. | 6. | 10. | $10,159.00 |
| 3. | 7. | 11. | |
| 4. | 8. | 12. | |

Chapter 119A, § 6 (b)(1) of the Massachusetts General Laws provides a lien for the above child support debts. Notice and demand have been made on the individual for the total amount due set forth above, but he or she has refused or neglected to pay. The amount is currently due, owing and unpaid.

You are hereby notified that all property or rights to property, monies and credits belonging to the individual whose name or SSN appears above, or for which you are obligated to the individual, and currently in your possession, is levied upon for payment of the child support debts. Demand is hereby made for the immediate payment of the amount set forth above, or for such lesser amount, from the property, monies and credits levied upon and currently in your possession associated with the individual or SSN. You are directed to immediately freeze such property, monies and credits. You may hold them for a period of up to 21 days after which you are directed to make payment to the Massachusetts Department of Revenue (DOR) at the address below (unless otherwise instructed by DOR). An organization that holds property with respect to a life insurance or endowment contract shall remit payment within 90 days of the date of the levy. G.L. c. 119A, § 6 (b)(6).

This levy will remain in effect for 60 days from the date of receipt or until the amount due is paid in full to DOR, whichever occurs first.

PLEASE NOTE: THIS LEVY ALSO ATTACHES TO ANY OTHER ACCOUNT HELD BY THE INDIVIDUAL IN YOUR INSTITUTION INCLUDING ANY INDIVIDUAL RETIREMENT ACCOUNT (IRA), RETIREMENT PLAN BENEFITING SELF-EMPLOYED INDIVIDUALS, OR ANY OTHER QUALIFIED PLAN IN YOUR POSSESSION OR CONTROL; OR ANY ASSET SUCH AS A LIFE INSURANCE OR ENDOWMENT CONTRACT.

Any person who fails or refuses to surrender property subject to this levy shall be liable to the Commonwealth in his own person in a sum equal to the value of the property not so surrendered, together with costs and interest up to the maximum annual rate established by G.L.c.62C, § 32. Failure or refusal to surrender such property without reasonable cause shall further subject such person to a penalty equal to 25% of the amount recoverable. G.L. c. 119A, §6 (b)(7).

| MARILYN RAY SMITH | | 12/11/2005 |
|---|---|---|
| DEPUTY COMMISSIONER OF CHILD SUPPORT | | Date |
| Name and Title of Authorized DOR/CSE Staff | Signature | |

### PAYMENT OF LEVY

Please complete this form and send it along with any payments resulting from this levy, to the address below. Make all payments to the Commonwealth of Massachusetts.

| Individual's Name PHILLIP A. DAVIDSON | | SSN 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 | Amount $ |
|---|---|---|---|
| Signature | Bank | | Date |

**SEND TO:**     DEPARTMENT OF REVENUE
PO BOX 55149
BOSTON, MA 02205-5149

*( APPDX₁ # 10 )*

(F60950 04/04)



Bank of America **Higher Standards**

Bank of America
Legal Order Processing
Mail Stop: NY7-501-02-07
5701 Horatio Street
Utica, New York 13502
Fax: (617) 310-2751

October 11, 2005

Davidson, Phillp A
4 Essex Ln
Peabody MA 01960

Dear Customer:

We have been served with a tax levy/child support notice in the amount of $9966.00 naming you as judgment debtor.

This legal document requires the bank to charge your account(s) for up to the amount stated above and will remain in effect if unsatisfied, for sixty (60) consecutive days or until the levy/notice is satisfied, whichever comes first. We will remit a check after 0 days to the levying agency for the balance at that time.

Please note, in addition, your account is subject to a $50.00 service charge.

Please note, as a third party, we regret that we are unable to provide you with any additional information about the levy itself. You must contact the agency that served the Bank at Mass Child Support (800) 332-2733 if you have any questions.

Sincerely,

Legal Order Processing Department
Bank of America

(APPEND. #11)

PHILLIP A. DAVIDSON PRO SE
4 ESSEX LN. UNIT C-10
PEABODY MASS. 01960

OCTOBER 15,2005

BANK OF AMERICA
LEGAL ORDER PROCESSING
MAIL STOP NY7-501-02-07
5701 HORATIO ST.
UTICA NY 13502

DEAR SIR,OR MADAM, PURSUENT TO YOUR NOTICE OF OCT.11,2005
(INCLOSED) I DEMAND YOU RECIND THE ORDER IN QUESTION,

THE DEPT.OF REVENUE OF MASS. IS THE APPELLEE OF A APPEAL I
FILED IN THE MASS. STATE APPEALS COURT AND AWAITING A DECISION
FROM THE COURT.

I HAVE CHARGED THE MASS. STATE DOR/CSE WITH WRONGFUL CON-
VICTION, FRAUD, EXTORTION FOR SUBMITTING A FALSE EVIDENCE TO THE
COURT TO GAIN A CONVICTION, I NEVER OWED THE MONEY IN QUESTION,
NOR HAS THE DOR/CSE EVER SUBMITTED TO THE COURT EVIDENCE TO ANY
COURT PROVEING I OWED ONE DIME IN ARREARS, IN FACT THE DOR/CSE
WITHELD EVIDENCE PROVEING I WAS INNOCENT OF THOSE CHARGES FOR.
THE PAST (10) YEARS.

THE INCLOSED U.S.SUPREME COURT RULEING IS THE LAW OF THE LAND
AND SUPERSCEDS ANY AND ALL STATE,OR AGENCY LAW (APPDX.#1).

IF YOU DO NOT RECIND THIS ILLEGAL TAKEING OF MY MONEY I WILL
HOLD YOU FULLY RESPONSIABLE AND FILE CHARGES OF CO-CONSPERITOR
OF FRAUD,EXTORTION,LIBEL, AND VIOLATION OF MY DUE PROCESS RIGHTS
TO FILE A COURT ACTION WITHOUT INTEMADATION,AND HARASSMENT, I
GIVE YOU TO OCT.25,2005 LETTER OF PROOF YOU HAVE COMPLIED WITH
MY DEMAND,OR PREPARE FOR A COURT ACTION.

PHILLIP A. DAVIDSON

(APPENDIX #(2))

CC: ENCLOSURES,
CC: FILE.